**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: D.L.J., A MINOR    : No. 574 EAL 2014
                                              :
                                              :
PETITION OF: D.J., FATHER            : Petition for Allowance of Appeal from the
                                                : Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.